**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed September 7, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00128-CV

---

## RANDY TURNER, O/B/O TERRILL TURNER, A/K/A TERRELL TURNER, DECEASED, LIZ CHAVEZ, SHANNON HODGE, KEVIN WONG, SCOTT MINNICK AND HOLLY PRIDE, ET AL., Appellants

### V.

## ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., Appellee

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-24797-A**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an judgment signed January 26, 2023. On August 15, 2023, appellants filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Wilson.